# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT GREENVILLE

UNITED STATES OF AMERICA

v.                                          No. 2:09-CR-045

RONNIE COOPER

**AFFIDAVIT OF WILLIAM LOUIS RICKER
IN SUPPORT OF RONNIE COOPER'S
MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
PURSUANT TO 28 U.S.C. § 2255**

STATE OF TENNESSEE          )
                            )
COUNTY OF GREENE            )

I, William Louis Ricker, declare under penalty of perjury that the following facts are true and correct to the best of my personal knowledge.

1.    I am an attorney licensed to practice law in the state of Tennessee.

2.    I represented Ronnie Cooper in connection with his criminal trial in the above-captioned matter in November and December 2010.

3.    Over the course of my representation of Mr. Cooper, I communicated on Mr. Cooper's behalf with the law enforcement officers and assistant United States Attorneys involved with the case.

4.    No law enforcement officer or assistant United States Attorney ever disclosed to me that Jamie Rush had stated that Mr. Cooper was not involved with Sunnah Maddox's drug organization.

5. No documents were ever disclosed to me reflecting that Jamie Rush had stated that Mr. Cooper was not involved with Sunnah Maddox's drug organization.

\*     \*     \*

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

Dated: Greeneville, Tennessee
November 24, 2015

_____
William Louis Ricker

Sworn to before me this
24th day of November 2015

_____
Notary Public

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.


 /s/ Jaren Janghorbani
Jaren Janghorbani
Paul, Weiss, Rifkind, Wharton & Garrison LLP