IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 2:09-CR-045 |
| RONNIE COOPER | |

**AFFIDAVIT OF MARK GARNER
IN SUPPORT OF RONNIE COOPER'S
MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
PURSUANT TO 28 U.S.C. § 2255**

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF ONEIDA     )

I, Mark Garner, declare under penalty of perjury that the following facts are true and correct to the best of my personal knowledge.

1. I am a private investigator with MAG Private Investigations, an investigative firm. I am licensed as a private investigator in the state of New York.

2. I have been retained by the Mintz Group to assist with its investigation in connection with Ronnie Cooper's case.

3. On October 16, 2015, I met with and interviewed Walt Wilson.

4. Mr. Wilson told me that he and his wife owned the telephone number (315) 507-4113 in 2007 and 2008. Mr. Wilson stated that this was his home telephone number and that the number was not connected to any cellular phone.

5.  Mr. Wilson told me that he does not know anyone named Ronnie Cooper and that he never let anyone by that name use his home telephone.

6.  Mr. Wilson told me that he was never interviewed by law enforcement in connection with the case of Ronnie Cooper or Sunnah Maddox.

*  *  *

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

Dated: Newport, New York
　　　　November [20], 2015

　　　　　　　　　　　　　　　　　　　　　　　　Mark Garner

Sworn to before me this
20th day of November, 2015

_____
Notary Public

LYNN R. SLOSEK
Notary Public, State of New York
Reg. #01SL6249232
Qualified in Oneida County
Commission Expires 10/03/2019

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

    /s/ Jaren Janghorbani
Jaren Janghorbani
Paul, Weiss, Rifkind, Wharton & Garrison LLP