UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| RONNIE COOPER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Nos.: 2:09-cr-045-RLJ -12 |
| | )        2:15-cv-317-RLJ |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **O R D E R**

Petitioner has filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. Since it does not plainly appear from the face of the motion that it should be summarily dismissed, the United States Attorney is hereby **ORDERED** to file an answer or other pleading to the motion within thirty (30) days from entry of this Order. Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts.

**SO ORDERED**.

**E N T E R:**

                                                        s/ Leon Jordan
                                        United States District Judge